# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,<br><br>                          Debtors.[1] | Chapter 7<br><br>Case No. 18-12309 (JKS)<br><br>Jointly Administered |
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>                          Defendants. | Adv. No. 25-52065 (JKS) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff Diligent Enterprise Management, LLC dismisses with prejudice all of its claims against Defendants Alan Klapmeier, James Carroll, Steve Serfling, RJ Siegle, and Mike Wyse in the above-captioned action.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106.

| | |
|---|---|
| Respectfully submitted, | **CHRISTENSEN LAW LLC** |
| Dated: September 29, 2025 | _/s/ Joseph L. Christensen_<br>Joseph L. Christensen (#5146)<br>Levi Akkerman (#7015)<br>1201 N. Market Street, Suite 1404<br>Wilmington, DE 19801<br>(302) 212-4330<br>joe@christensenlawde.com<br>lakkerman@christensenlawde.com |