**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,<br><br>                    Debtors. | Chapter 7<br>Case No. 18-12309 (JKS)<br><br>Jointly Administered |
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>                    Plaintiff,<br><br>- against -<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>                    Defendants. | Adv. Pro. No. 25-52065 (JKS) |

## ORDER GRANTING DEFENDANT
## AML GLOBAL ECLIPSE LLC'S MOTION TO DISMISS

This matter having come before the Court on the motion of Defendant AML Global Eclipse, LLC, to dismiss counts IV and V the complaint filed by Plaintiff Diligent Enterprise Management, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to the above-captioned adversary proceeding by Federal Rule of Bankruptcy Procedure 7012, and the Court having considered the parties' submissions and the record as a whole, and for good cause shown;

**IT IS HEREBY ORDERED** that:

1. Defendant AML Global Eclipse, LLC's Motion to Dismiss the Complaint is **GRANTED** in its entirety.

2. Counts IV and V of the Complaint are hereby **DISMISSED WITH PREJUDICE**.

4905-6437-6944.1 00252.001

2

3.     Plaintiff Diligent Enterprise Management, LLC is hereby forever barred, estopped, and permanently enjoined from filing suit against AML Global Eclipse, LLP for the same or similar causes of action, or causes of action based on different legal theories but arising from the same or similar operative facts.