IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-12309 (JKS)<br><br>Jointly Administered |
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>Defendants. | Adv. No. 25-52065 (JKS) |

**CERTIFICATION OF COUNSEL**
**REGARDING THE PARTIES' JOINT STIPULATION**
**ON AN EXTENSION OF TIME TO RESPOND TO DEFENDANT AML GLOBAL**
**ECLIPSE, LLC'S MOTION TO DISMISS**

The undersigned counsel for Plaintiff, Diligent Enterprise Management, LLC ("Plaintiff") hereby certifies as follows:

1. On October 6, 2025, Defendant AML Global Eclipse, LLC ("AML") filed its Motion to Dismiss the Complaint. *See* Adv. Proc. D.I. 6.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106.

2.	Pursuant to Rule 7007-1(b) of the Local Rules the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Plaintiff's deadline to oppose AML's Motion to Dismiss is October 20, 2025.

3.	Pursuant to Local Rule 7012(b), Plaintiff (together with AML, "Parties") and AML have entered into a *Joint Stipulation on an Extension of Time to Respond to the Motion to Dismiss* (the "Stipulation"), pursuant to which the Parties have agreed that (1) Plaintiff shall have a 14day extension of time in which to respond to the Motion to Dismiss, making their new response deadline November 3, 2025; (2) AML shall have a corresponding extension of time in which to file a Reply in Support of their Motion to Dismiss ("Reply"), making their new deadline to file their Reply November 24, 2025; and (3) the Parties may extend these deadlines further by agreement.

4.	Attached as **Exhibit A** is proposed form of *Order Approving the Parties' Joint Stipulation on an Extension of Time to Respond to the Motion to Dismiss* (the "Proposed Order"). The Stipulation is attached as **Exhibit 1** to the Proposed Order.

5.	The Proposed Order will neither prejudice the Parties nor the Court's administration of this adversary proceeding.

WHEREFORE, Plaintiff respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the Court's earliest convenience.

| | |
|---|---|
| Respectfully submitted, | **CHRISTENSEN LAW LLC** |
| Dated: October 13, 2025 | _/s/ Joseph L. Christensen_<br>Joseph L. Christensen (#5146)<br>Levi Akkerman (#7015)<br>1201 N. Market Street, Suite 1404<br>Wilmington, DE 19801<br>(302) 212-4330<br>joe@christensenlawde.com<br>lakkerman@christensenlawde.com |