**EXHIBIT A**

**(Proposed Order)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,<br><br>Debtors.[2] | Chapter 7<br><br>Case No. 18-12309 (JKS)<br><br>Jointly Administered |
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>Defendants. | Adv. No. 25-52065 (JKS) |

### ORDER APPROVING THE PARTIES' JOINT STIPULATION ON AN EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS

Upon consideration of the *Joint Stipulation on an Extension of Time to Respond to the Motion to Dismiss* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334, and good and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT the Stipulation is approved; and it is

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106.

**FURTHER ORDERED THAT** Plaintiff's deadline to respond to AML Global Eclipse, LLC's Motion to Dismiss the Complaint is now November 3, 2025; and it is

**FURTHER ORDERED THAT** AML Global Eclipse, LLC's deadline to file their Reply is now November 24, 2025; and it is

**FURTHER ORDERED THAT** the Parties may extend this deadline further by agreement.