**EXHIBIT 1**

**(Stipulation)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ONE AVIATION CORPORATION, *et al.*, <br><br> Debtors.[3] | Chapter 7 <br><br> Case No. 18-12309 (JKS) <br><br> Jointly Administered |
| DILIGENT ENTERPRISE MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE, <br><br> Defendants. | Adv. No. 25-52065 (JKS) |

**THE PARTIES JOINT STIPULATION
ON AN EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS**

WHEREAS, on October 6, 2025, Defendant AML Global Eclipse, LLC ("AML") filed its Motion to Dismiss the Complaint. *See* Adv. Proc. D.I. 6.

WHEREAS, Plaintiff Diligent Enterprise Management, LLC ("Plaintiff" and collectively with AML, "Parties") and AML have now entered into this Joint Stipulation on an Extension of Time to Respond to the Motion to Dismiss, pursuant to which the Parties have agreed that (1) Plaintiff shall have a 14day extension of time in which to respond to the Motion to Dismiss,

---

[3] The Debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: ONE Aviation Corporation (9649); ACC Manufacturing, Inc. (1364); Aircraft Design Company (1364); Brigadoon Aircraft Maintenance, LLC (9000); DR Management, LLC (8703); Eclipse Aerospace, Inc. (9000); Innovatus Holding Company (9129); Kestrel Aircraft Company, Inc. (2053); Kestrel Brunswick Corporation (6741); Kestrel Manufacturing, LLC (1810); Kestrel Tooling Company (9439); and OAC Management, Inc. (9986). The Debtors' corporate headquarters is located at 3250 Spirit Drive SE, Albuquerque, NM 87106.

making their new response deadline November 3, 2025; (2) AML shall have a corresponding extension of time in which to file a Reply in Support of their Motion to Dismiss ("Reply"), making their new deadline to file their Reply November 24, 2025; and (3) the Parties may extend these deadlines further by agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel, as follows:

1. Plaintiff's deadline to respond to the Motion to Dismiss is now November 3, 2025.

2. AML's deadline to file their Reply Brief is now November 24, 2025.

3. The Parties may extend these deadlines further by agreement.

Dated: October 13, 2025
      Wilmington, Delaware

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **CHRISTENSEN LAW LLC** |
| By: */s/ Mary F. Caloway*<br>Laura Davis Jones (DE Bar No. 2436)<br>Mary F. Caloway (DE Bar No. 3059)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>(302) 652-4100<br>ljones@pszjlaw.com<br>mcaloway@pszjlaw.com | By: */s/ Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>Levi Akkerman (#7015)<br>1201 N. Market Street, Suite 1404<br>Wilmington, DE 19801<br>(302) 212-4330<br>joe@christensenlawde.com<br>lakkerman@christensenlawde.com<br><br>*Counsel to Plaintiff* |
| **FRIED FRANK HARRIS, SHRIVER & JACOBSON LLP**<br>Michael C. Keats (pro hac vice)<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000<br>michael.keats@friedfrank.com<br><br>*Counsel for Defendant*<br>*AML Global Eclipse, LLC* | |