# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al.*,<br><br>        Debtors. | Chapter 7<br>Case No. 18-12309 (JKS)<br><br>Jointly Administered |
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>        Plaintiff,<br><br>- against -<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>        Defendants. | Adv. Pro. No. 25-52065 (JKS) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Defendant AML Global Eclipse, LLC ( "AML Global") hereby requests that the Court permit oral argument on *Defendant AML Global Eclipse LLC's Motion to Dismiss the Complaint* [Adv. Docket No. 6]. AML Global respectfully submits that oral argument may aid the decisional process.

November 26, 2025

PACHULSKI STANG ZIEHL & JONES LLP
By:     /s/ Mary F. Caloway
Laura Davis Jones (DE Bar No. 2436)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
          mcaloway@pszjlaw.com

FRIED FRANK HARRIS, SHRIVER & JACOBSON LLP
Michael C. Keats (*pro hac vice*)
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: michael.keats@friedfrank.com

*Counsel for Defendant*
*AML Global Eclipse, LLC*

2