**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONE AVIATION CORPORATION, *et al*.,<br><br>Debtors. | Chapter 7<br>Case No. 18-12309 (JKS)<br><br>Jointly Administered |
| DILIGENT ENTERPRISE MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>- against -<br><br>AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,<br><br>Defendants. | Adv. Pro. No. 25-52065 (JKS) |

**STATEMENT OF AML GLOBAL ECLIPSE, LLC REGARDING THE FILING OF ITS MOTION TO HOLD PLAINTIFF IN CIVIL CONTEMPT IN NEW YORK ACTION**

AML Global Eclipse, LLC ("AML Global"), by and through its undersigned counsel, hereby files this statement (this "Statement") in the above-captioned adversary proceeding (the "Adversary Proceeding") arising from the chapter 7 proceedings (the "Chapter 7 Cases") of One Aviation Corporation and its affiliated debtors. In support of this Statement, AML Global respectfully states as follows:

1. As explained more fully herein, a recent development has exposed even more clearly that Plaintiff Diligent Enterprise Management, LLC ("Plaintiff" or "Diligent") and its predecessor-in-interest, Citiking International US LLC ("Citiking"), are in fact one-in-the-same.

2. Diligent commenced this Adversary Proceeding on March 15, 2024 by filing the Complaint in New York state court in the action captioned *Diligent Enterprise Management, LLC v. AML Global Eclipse, LLC, et al.,* Index No. 651374/2024. The action was removed to New York federal court on March 25, 2024. *See Diligent Enterprise Management, LLC v. AML Global Eclipse, LLC, et al.,* Case No. 25-689-CFC (D. Del.) [hereinafter "D.D.I."], ECF No. 1. Briefing on the parties' motion to remand (by Diligent) and cross-motion to transfer (by the defendants) was fully submitted on November 1, 2024. D.D.I. 44-49, 58.

3. On May 27, 2025, the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, denied Diligent's motion to remand and granted the defendant's motion to transfer. D.D.I. 60. Judge Caproni also granted AML Global's motion seeking sanctions and costs against Diligent pursuant Federal Rule of Civil Procedure 41(d), which had been briefed concurrently with the remand and transfer motions. *Id.* at 21-22.

4. On June 4, 2025, this action was transferred to the United States District Court for the District of Delaware, which referred the action to the United States Bankruptcy Court for the District of Delaware. *See* D.D.I. 72. However, Judge Caproni retained jurisdiction to enforce the Rule 41(d) award. D.D.I. 60 at 24.

5. Although counsel for AML Global and Diligent engaged in discussions to negotiate the Rule 41(d) sanction amount, the parties were not able to reach agreement. Therefore, on July 2, 2025, Judge Caproni referred the determination to the Honorable Barbara Moses, United States Magistrate Judge for the Southern District of New York. The matter was fully submitted in September 2025.

6. On March 3, 2026, Judge Moses issued an Opinion and Order (the "<u>Sanctions Order</u>") directing Diligent to pay AML Global $80,525 in attorneys' fees and $1,542.54 in

expenses by April 2, 2026. A true and correct copy of the Sanctions Order is attached as **Exhibit A**.

7. Diligent did not pay AML Global the court-ordered $82,067.54 (or any lesser amount) by the April 2, 2026 deadline. As a courtesy, AML Global afforded Diligent until April 16, 2026 to make the court-ordered payment. Diligent again failed to pay the mandated sanction. Instead, on April 15, 2026, Diligent's counsel in the New York case moved to withdraw. A true and correct copy of the motion to withdraw filed by Diligent's New York counsel is attached as **Exhibit B**.

8. Notably, the Certificate of Service filed by Diligent's counsel in connection with its motion to withdraw certifies that Diligent was served with that motion "[v]ia electronic mail to Huan Wang at adamame618@gmail.com[.]" A true and correct copy of the certificate of service is attached as **Exhibit C**.

9. As reflected on the Chapter 7 Cases' docket, Mr. Huan Wang served ***as Citiking's*** agent during the course of the bankruptcy proceedings and even appeared as Citiking's secretary, board member, and day-to-day manager to testify in a September 2, 2020 evidentiary hearing before this Court. *See, e.g.*, Case No. 18-12309 (JKS), ECF Nos. 270, 285, 294, 372, 480, 573, 920 at 124:17-125:8.

10. Also on April 15, 2026, AML Global filed a letter on the New York docket to inform Judge Caproni that it intended to seek to hold Diligent in contempt for failure to comply with the Sanctions Order. A true and correct copy of the April 15, 2026 letter to Judge Caproni is attached as **Exhibit D**.

11. On April 22, 2026, AML Global filed its motion to hold Diligent in civil contempt. A true and correct copy of AML Global's motion to hold Diligent in contempt is attached as

**Exhibit E**. On April 24, 2026, Judge Caproni issued an Order to Show Cause denying Diligent's counsel's motion to withdraw, in part due to Diligent's "continued non-compliance with Judge Moses's [Sanctions] Order," and setting a hearing for May 22, 2026, at which Diligent must show "why it should not be held in civil contempt for failure to comply with the [Sanctions] Order, Dkt. 91." A true and correct copy of the April 24, 2026 Order to Show Cause is attached as **Exhibit F**.

12. AML Global respectfully submits this Statement to call to the Court's attention the recent revelation regarding the overlapping identity of Diligent and Citiking and to keep the Court apprised of Citiking-turned-Diligent's apparent disregard for the authority of the court, as only most recently exhibited by Diligent's contemptuous behavior in the New York action.

*[Remainder of Page Intentionally Blank]*

Dated: April 27, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Mary F. Caloway (DE Bar No. 3059)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
mcaloway@pszjlaw.com

FRIED FRANK HARRIS, SHRIVER &
JACOBSON LLP
Michael C. Keats (*pro hac vice*)
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: michael.keats@friedfrank.com

*Counsel for Defendant*
*AML Global Eclipse, LLC*