# EXHIBIT B

Case 25-22065-JKS Doc 20-2 Filed 04/27/26 Page 2 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DILIGENT ENTERPRISE MANAGEMENT, LLC

Plaintiff,

-against-

AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,

Defendants.

Case No. 1:24-cv-02228-VEC

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Christina H. Bost Seaton, Esq., and all prior pleadings and proceedings in this matter, the undersigned will move this Court, at the U.S. Courthouse, 40 Foley Square, New York, NY 10007, before the Honorable Valerie E. Caproni, U.S.D.J., on a date to be determined by the Court, for an Order: (a) pursuant to Rule 1.4 of this Court's Local Civil Rules, permitting Christina H. Bost Seaton and her firm, Pierson Ferdinand, LLP, to withdraw as counsel for Plaintiff and granting Plaintiff a period of time to retain new counsel in this matter; and (b) granting such other and further relief as is just and proper.

Dated: New York, New York
April 15, 2026

**PIERSON FERDINAND LLP**

By: /s/ *Christina H. Bost Seaton*
Christina H. Bost Seaton, Esq.
1270 Avenue of the Americas
7th Floor-1050
New York, NY 10020
(917) 765-8201
christinabostseaton@pierferd.com

*Attorneys for Plaintiff*