# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DILIGENT ENTERPRISE MANAGEMENT, LLC

Plaintiff,

-against-

AML GLOBAL ECLIPSE, LLC, DWC PINE INVESTMENTS I, LTD., ALAN KLAPMEIER, JAMES CARROLL, STEVE SERFLING, RJ SIEGLE, and MIKE WYSE,

Defendants.

Case No. 1:24-cv-02228-VEC

## CERTIFICATE OF SERVICE

Pursuant to Rule 1.4 of this Court's Local Civil Rules, the undersigned certifies that the Notice of Motion to Withdraw as Counsel (ECF No. 92), the Declaration of Christina H. Bost Seaton executed April 15, 2026 in support of said motion (ECF No. 93), and the Proposed Order granting the Motion to Withdraw (ECF No. 94) have been served upon Plaintiff in the following methods:

Via electronic mail to Huan Wang at adamame618@gmail.com

And via United States Postal Service Priority Mail, Tracking #9405 5301 0935 5319 4666 55:

Huan Wang
Diligent Enterprise Management, LLC
257 Old Churchmans Rd.
New Castle, DE 19720

The Defendants have been served via ECF.

Dated: New York, New York
April 15, 2026

**PIERSON FERDINAND LLP**

By: /s/ Christina H. Bost Seaton
Christina H. Bost Seaton, Esq.
1270 Avenue of the Americas

7th Floor-1050
New York, NY 10020
(917) 765-8201
christinabostseaton@pierferd.com