# EXHIBIT D

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Direct Line: +1.212.859.8914
Email: michael.keats@friedfrank.com
April 15, 2026

**Via ECF**

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Diligent Enterprise Management, LLC v. AML Global Eclipse, LLC et al.*, 1:24-cv-02228-VEC-BCM

Dear Judge Caproni:

This firm represents Defendant AML Global Eclipse, LLC ("AML Global") in the above-referenced action (the "Action" or "*Diligent II*"). In light of Ms. Bost Seaton's motion to withdraw filed earlier today (ECF No. 92), I write to apprise the Court that AML Global intends to move for an order holding Diligent in contempt for failure to comply with the Opinion and Order issued by the Honorable Barbara Moses on March 3, 2026.

As your Honor may recall, in May 2025, the Court granted AML Global's motion for fees pursuant to Federal Rule of Civil Procedure 41(d).[1] Order, ECF No. 60. The Court thereafter referred determination of the amount of fees to be paid to AML Global to Judge Moses. Order of Reference, ECF No. 64. On March 3, 2026, Judge Moses ordered Plaintiff to pay AML Global $80,525 in attorneys' fees and $1,542.54 in expenses by April 2, 2026. Opinion and Order, ECF No. 91.

Diligent did not pay any portion of the amounts owed under Judge Moses' order by April 2, 2026. On April 9, counsel for AML Global contacted Diligent's counsel, including Ms. Bost Seaton, and offered Diligent an extension of the payment deadline until Thursday, April 16. We also informed Diligent's counsel that AML Global would seek to hold Diligent in contempt if it failed to remit payment by that date. Ms. Bost Seaton responded that she would "get in touch with [her] client on this."

In light of Ms. Bost Seaton's motion to withdraw, and her averment that "there has been a breakdown in the attorney-client relationship between Diligent and Pierson Ferdinand since" Judge Moses' March 3, 2026 Opinion and Order, we strongly suspect Diligent will not meet its April 16 payment deadline. Accordingly, AML Global more likely than not will imminently file a motion for contempt against Diligent.

[1] Individual Defendants Alan Klapmeier, James Carroll, Steve Serfling, RJ Siegle, and Mike Wyse joined the motion, but have since "reached a settlement" with Diligent and withdrawn their fee request. *See* September 29, 2025 Letter from E. Barrow to the Honorable Barbara Moses, ECF No. 88.

We respectfully request that the Court take this information under advisement in connection with its determination of whether to grant Ms. Bost Seaton's motion to withdraw.

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: */s/ Michael C. Keats*
Michael C. Keats

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
michael.keats@friedfrank.com

Attorneys for Defendant
AML Global Eclipse, LLC

cc: All Counsel of Record (*via ECF*)